HUNTON & WILLIAMS LLP
KURT A. POWELL (*pending pro hac vice admission*)
E-mail: kpowell@hunton.com
VALERIE N. NJIIRI (*pending pro hac vice admission*)
E-mail: vnjiri@hunton.com
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: 404 • 888 • 4000
Facsimile: 404 • 888 • 4190

HUNTON & WILLIAMS LLP
FRASER A. MCALPINE (California Bar No. 248554)
E-mail: fmcalpine@hunton.com
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701

Attorneys for Plaintiff
VSW SEWING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SCHNEIDER,<br><br>       Plaintiff,<br><br>       v.<br><br>VSM SEWING, INC.,<br><br>       Defendant. | CASE NO.: C09-05465 EMC<br><br>**JOINT STIPULATION FOR EXTENSION TO ANSWER DEADLINE** ; ORDER |

Plaintiff Christine Schneider ("Plaintiff") and Defendant VSM Sewing, Inc. ("Defendant") hereby jointly stipulate as follows:

1. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the deadline for Defendant to file an answer to Plaintiff's Complaint is December 22, 2009.

2. Civil Local Rule 6-1(a) permits the parties to stipulate in writing, without a Court order, to extend the time within which to answer the complaint.

3. The parties agree that Defendant requires additional time to respond to the numerous allegations raised in Plaintiff's Complaint and jointly seek an extension of the answer deadline for a

1. period of thirty (30) days, up to and including January 21, 2010.

2. 4. The postponement of the answer deadline is not asserted for purposes of delay, and neither Plaintiff nor Defendant will be prejudiced by the requested extension. In addition, the extension of the answer deadline will not alter the date of any event or deadline already fixed by Court order.

WHEREFORE, Plaintiff and Defendant stipulate that Defendant's deadline to respond to Plaintiff's Complaint is extended to January 21, ~~2009.~~ 2010.

Respectfully submitted this 17th day of December 2009.

HUNTON & WILLIAMS LLP

By: /s/ Fraser A. McAlpine
Fraser A. McAlpine

Attorneys for Defendant
VSM SEWING, INC.

SUNDEEN SALINAS & PYLE

By: /s/ Hunter Pyle
Hunter Pyle, SBN 191125
Pamela Kong, SBN 220912

1330 Broadway, Suite 1830
Oakland, California 94612
Telephone: (510) 663-9240
Facsimile: (510) 663-9241
hpyle@ssrplaw.com
pkong@ssrplaw.com

IT IS SO ORDERED **IT IS SO ORDERED AS MODIFIED** [Signature] Judge Edward M. Chen

_____
Edward M. Chen
U.S. Magistrate Judge

JOINT STIPULATION FOR EXTENSION
TO ANSWER DEADLINE                                                Case No. C09-05464 EMC