**HUNTER PYLE, SBN 191125**
**EMILY BOLT, SBN 253109**
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, California  94612

Telephone: (510) 663-9240
Facsimile: (510) 663-9241

hpyle@ssrplaw.com
ebolt@ssrplaw.com

Attorneys for Plaintiff
CHRISTINE SCHNEIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SCHNEIDER,<br><br>             Plaintiff,<br><br>     vs.<br><br>VSM SEWING, INC.,<br><br>             Defendant. | Case No.: C09-05465 EMC<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER** |

Plaintiff Christine Schneider and Defendant VSM Sewing, Inc., by their respective counsel, submit their Stipulation and Request to Continue Case Management Conference and Extend Mediation Deadline, and in support of this Stipulation and Request state as follows:

1.   The parties have exchanged written discovery and have been diligently working to resolve discovery disputes informally.

2.   The parties have been diligently working to schedule the depositions of three key witnesses, including Plaintiff, and have been endeavoring to accommodate scheduling conflicts on the parts of counsel for both sides and all three witnesses.  Those depositions have now been scheduled for August 13, 16, and 17.

3. The parties have agreed to attend private mediation with Vivien B. Williamson, Esq. and have agreed to the mediation date of September 7, 2010.

4. In light of the foregoing, the parties respectfully request that the mediation deadline be extended from June 24, 2010 to September 10, 2010, and that the Case Management Conference be continued from July 14, 2010 to September 22, 2010 at 2:30 p.m., or to a date thereafter that is convenient for the Court.

5. This Stipulation and Request is not being submitted for the purpose of undue delay or for any improper purpose.

DATED:  June 18, 2010             SUNDEEN SALINAS & PYLE

                                  By:  /s/ Emily Bolt
                                       Hunter Pyle
                                       Emily Bolt
                                       Attorneys for Plaintiff
                                       CHRISTINE SCHNEIDER

DATED:  June 18, 2010             HUNTON & WILLIAMS LLP

                                  By:  /s/ Y. Anna Suh
                                       Fraser A. McAlpine
                                       Y. Anna Suh
                                       Susan Shin
                                       Attorneys for Defendant
                                       VSM SEWING, INC.

**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER**
Case No.: C09-05465 EMC
-2-

# [PROPOSED] ORDER

This matter having come before the Court on the parties' Stipulation and Request to Continue Case Management Conference and Extend Mediation Deadline, the mediation deadline is hereby extended from June 24, 2010 to September 10, 2010, and the Case Management Conference is hereby continued from July 14, 2010 to September 22, 2010 at 2:30 p.m.

IT IS SO ORDERED.

Date: _____6/22/10_____   _____
Hon. Edward M. Chen
UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER**
Case No.: C09-05465 EMC
**-3-**

CERTIFICATE OF SERVICE

This is to certify that on June 18, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

                                                  /s/ Emily Bolt  
                                                  Emily Bolt