1  HUNTON & WILLIAMS LLP
   FRASER A. MCALPINE (California Bar No. 248554)
2  email: fmcalpine@hunton.com
   Y. ANNA SUH (California Bar No. 228632)
3  email: asuh@hunton.com
   575 Market Street, Suite 3700
4  San Francisco, California 94105
   Telephone: 415 • 975 • 3700
5  Facsimile: 415 • 975 • 3701

6  Attorneys for Defendant
   VSM SEWING, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 CHRISTINE SCHNEIDER,              CASE NO.: C09-05465-EMC

12         Plaintiff,                **STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT**
13    v.                             **CONFERENCE; [PROPOSED] ORDER**

14 VSM SEWING, INC.,

15         Defendant.

---

STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER                              CASE NO. C09-05465-EMC

Defendant VSM Sewing, Inc. and Plaintiff Christine Schneider, by their respective counsel, submit this Stipulation and Request to Continue Case Management Conference, and in support of this Stipulation and Request state as follows:

1. Over the past several weeks, the parties have been engaged in settlement discussions with mediator Vivien Williamson.

2. The parties have agreed on the monetary terms of the settlement, but are in the process of finalizing all other terms.

3. The parties anticipate that they will reach agreement on the remaining settlement terms shortly, at which time they will file a request for dismissal with prejudice.

4. In light of the foregoing, the parties respectfully request that the Case Management Conference be continued from September 22, 2010 to November 17, 2010 at 2:30 p.m., or to a date thereafter that is convenient for the Court.

5. This Stipulation and Request is not being submitted for the purpose of undue delay or for any improper purpose.

DATED: September 13, 2010         HUNTON & WILLIAMS LLP

                                  By:   /s/ Y. Anna Suh
                                        Fraser A. McAlpine
                                        Y. Anna Suh
                                        Attorneys for Defendant
                                        VSM SEWING, INC.

DATED: September 13, 2010         SUNDEEN SALINAS & PYLE

                                  By:   /s/ Emily Bolt
                                        Hunter Pyle
                                        Emily Bolt
                                        Attorneys for Plaintiff
                                        CHRISTINE SCHNEIDER

---

# [~~PROPOSED~~] ORDER

This matter having come before the Court on the parties' Stipulation and Request to Continue Case Management Conference, the Court hereby orders the Case Management Conference be continued from September 22, 2010 to November 17, 2010 at 2:30 p.m. An updated joint cmc statement shall be filed by 11/10/10.

IT IS SO ORDERED.

Date: 9/14/10



Hon. Edward M. Chen
MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen