# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINE SCHNEIDER, | Case No.: C09-05465 EMC |
|---|---|
| Plaintiff, | [P~~ROPO~~SED] ORDER RE: STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) |
| vs. | |
| VSM SEWING, INC., | |
| Defendant. | |

This matter having come before the Court on the parties' Stipulation for Dismissal of Complaint with Prejudice Per FRCP 41(A)(2), the Court having read and considered the foregoing stipulation, and good cause appearing, this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: _____10/21/10_____     _____
                                  MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF COMPLAINT WITH
PREJUDICE PER FRCP 41(A)(2)
Case No.: C09-05465 EMC

-1-